```
                                                              JS6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
DANIEL W. RAY,               )    ED CV 02-940 AHS
                             )
          Petitioner,        )
                             )
     v.                      )    JUDGMENT
                             )
WILLIAM SULLIVAN,            )
                             )
          Respondent.        )
_____)
```

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on counsel/parties in this action.

    DATED: February 9, 2009.

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

O:\ECF Ready\CV, 02-940 Jdgmnt.wpd